IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN T. REUTCKE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 12-0475-CG-M |
| | ) |
| **SAM COCHRAN, et al.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED** without prejudice.

**DONE and ORDERED** this 19th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE